PEOPLE OF THE STATE OF NEW YORK v. MARTIN JOHN FREDA. (D) THE PEOPLE OF THE STATE OF NEW YORK v. JACK MEIKLE.— [In each action] Motion to dismiss appeal granted. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ KITTY SUDEROV et al. v. AETNA INSURANCE COMPANY.— Motion to dispense with printing granted only insofar as to dispense with the printing in the record on appeal of the insurance policies, on condition that any pertinent parts referred to on the trial are printed and on the further condition that said policies are handed up to the court on the argument or submission of the appeal. All other exhibits are to be printed in the record on appeal unless it be stipulated to the contrary and so ordered by this court. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ EDWARD KOWALCZYK v. MARCEL KRUM.— Motion for leave to appeal as a poor person granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points on respondent's attorney and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before February 6, 1962, with notice of argument for the March 1962 Term of this court, said appeal to be argued or submitted when reached. In all other respects the motion is denied. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.

■ STUYVESANT INSURANCE COMPANY v. STANLEY MATUSOW et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before January 9, 1962, with notice of argument for the February 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.

■ SYLVESTER W. A. MURPHY v. MARGARET McKILLOP et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before January 9, 1962, with notice of argument for the February 1962 Term of this court, said appeal to be argued or submitted when reached. If the appellants fail to comply with the conditions imposed, the respondent may enter an order dismissing the appeal without notice to the appellants. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.

■ In the Matter of the BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK v. ELMER A. CARTER et al.— Motion by the Board of Regents of the University of the State of New York and Commissioner of Education of the State of New York for leave to file a brief amicus curiæ granted only insofar as to permit movants to file a brief as amicus curiæ on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.

■ JULIA KOI v. P. S. &. M. CATERING CORP. et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before January 11, 1962, with notice of argument for January 23, 1962, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.

■ JAMES MITCHELL & CRYSTAL MITCHELL v. PLATO REALTY CORPORATION.— Motion for stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before January 25, 1962, with notice of argument for February 6, 1962, said appeal